AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western District of Texas

RECEIVED
UNITED STATES MARSHAL
2007 AUG 22 PM 4: 13
WESTERN DISTRICT OF TEXAS
AUSTIN, TEXAS

UNITED STATES OF AMERICA

V.

Raymond Sanchez (4)

**WARRANT FOR ARREST**

Case Number: 1:07CR171(4)-LY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Raymond Sanchez (4)
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense)
Conspiracy - Possession with intent to distribute Heroin

in violation of Title  21  United States Code, Section(s)  846

Jaye Kissler
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

8/22/2007
Date

Austin, TX
Location

2007 AUG 29 AM 9: 46
FILED
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

AUSTIN, TX

| DATE RECEIVED 8-24-07 | NAME AND TITLE OF ARRESTING OFFICER SYLVIA ROSALES 2439 DETECTIVE, APD | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-24-07 | | |