**FILED**

SEP - 5 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case Number: AU:07-CR-00171(4) |
| | § | |
| (4) RAYMOND SANCHEZ | § | |
| Defendant | | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

Now come Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and by this instrument, tenders his/her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

**I UNDERSTAND ALL MOTIONS MUST BE FILED WITHIN TEN (10) DAYS OF THE LAST DATE OF ARRAIGNMENT.** See Local Rule CR-12(a)(2).

Date: 8/31/07

Defendant's Signature: [signed] Ray Sanchez

Signature of Attorney: [signed]

Name of Attorney: Steve Smit[h]

Address: 401 Congress Ave. Suite 2300 Austin TX 78701

Telephone: (512) 480-5653

### ORDER

APPROVED by the Court. A plea of "NOT GUILTY" is entered for the defendant.

Date: 9/5/07

ANDREW W AUSTIN
U.S. MAGISTRATE JUDGE