UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT - 3 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

USA §
 §
vs. § Case Number: AU:07-CR-00171(4)-LY
 §
(4) Raymond Sanchez §
  *Defendant*

### DEFENDANT'S WAIVER OF RULE 32 TIME LIMITS

Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

Having been fully apprized by my counsel of record of these time limits, I hereby knowingly and voluntarily waive the limits, set out in Fed. R. Crim. P. 32(e)(2), 32(f)(1), and 32(g).

I understand that by waiving these time limits, the time limits set out in Local Rule CR-32(b) will apply.

_____10/3/07_____                    ____[signature]____
 *Date*                                 *Defendant*

                                        ____[signature]____
                                        Steven D. Smit
                                        *Defendant's Attorney*

                                        ____[signature]____
                                        Douglas Gardner
                                        *Assistant U.S. Attorney*

APPROVED: __10.3.07__                   ____[signature]____
              *Date*                    ROBERT PITMAN
                                        U.S. MAGISTRATE JUDGE