**UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED
OCT - 3 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | WAIVER OF INDICTMENT |
| V. ) | |
| ) | |
| RAYMOND SANCHEZ ) | CASE NUMBER: A-07-CR-171(4)LY |
| ) | |
| Defendant. ) | |

I, RAYMOND SANCHEZ, the above named defendant, who is accused in the Superseding Information of Misprision of a Felony, in violation of Title 18, United States Code, Section 4, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 3, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
RAYMOND SANCHEZ
Defendant

_____
STEVE SMITH
Counsel for Defendant

BEFORE: _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE